IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARLENE WOOLFORK-ROWLETT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:13-00851 |
| ) | |
| v. ) | Judge Hayes |
| ) | Magistrate Judge Griffin |
| TYCO HEALTHCARE GROUP LP and ) | |
| COVIDIEN LP, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

*handwritten annotation:* ORDER. This motion is GRANTED. The conference is reset for November 25, 2013 at 2:00 pm. [signature] 10/25/13

## JOINT MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE

AND NOW, jointly comes Plaintiff Sharlene Woolfork-Rowlett ("Woolfork-Rowlett"), Defendant Covidien LP ("Covidien"), formerly known as Tyco Healthcare Group LP, (collectively, the "Parties") and submit this Joint Motion for Continuance of the Pretrial Conference.

On August 27, 2013, Woolfork-Rowlett filed her Complaint in this case. (Court File No. 1). On September 26, 2013, the Court filed an Order that the Initial Management Conference previously set in this matter for Friday, October 25, 2013 at 2:00 p.m. was reset for Monday, October 28, 2013 at 2:00 p.m. (Court File No. 8). In the interim, the parties have discussed the possibility of entering into a tolling agreement in exchange for voluntary dismissal without prejudice of this matter. In addition, national counsel to Covidien, who would need to participate in the conference, has a conflict due to a previously scheduled deposition in another matter.

Therefore, in the interests of containment of costs, and given the unavailability of trial counsel for Covidien, the parties jointly request that the Pretrial Conference be suspended for thirty (30) days.

1

669631
Case 3:13-cv-00851   Document 11   Filed 10/22/13   Page 1 of 3 PageID #: 67
Case 3:13-cv-00851   Document 13   Filed 10/25/13   Page 1 of 1 PageID #: 71